United States District Court
Southern District of Texas
**ENTERED**
April 07, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| JAVIER GERARDO QUINTERO LUZARDO, § § § | |
| Petitioner, § § | CIVIL ACTION NO. H-26-630 |
| vs. § § § | |
| GRANT DICKEY, Warden, Joe Corley Detention Center, *et al.*, § § § § | |
| Respondents. § § | |

**ORDER**

The petitioner has filed an "Emergency Motion to Enforce Court Order and for Immediate Release." (Docket Entry No. 11).  The respondents must file a response to this motion by **April 15, 2026**.

SIGNED on April 7, 2026, at Houston, Texas.

_____
Lee H. Rosenthal
Senior United States District Judge